| | |
|---|---|
| LEVON CHERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 4:20-CV-132-BO** |
| KILOLO KIJAKAZI, Acting Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's motion for judgment on the pleadings [DE 17] is GRANTED and defendant's motion [DE 19] is DENIED. The decision of the Commissioner is REVERSED and the matter is remanded for an award of benefits.

**This Judgment Filed and Entered on October 18, 2021, and Copies To:**
Derrick Kyle Arrowood                              (via CM/ECF electronic notification)
Lisa M. Rayo                                       (via CM/ECF electronic notification)
Amanda B. Gilman                                   (via CM/ECF electronic notification)

DATE:                                   PETER A. MOORE, JR., CLERK
October 18, 2021                        (By) /s/ Nicole Sellers
                                        Deputy Clerk